1  **SHAWN ESFAHANI**
   9570 Timbercreek Boulevard
2  Spanish Fort, Alabama 36527

3  Plaintiff, Pro Se

FILED

JUL 2 7 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX              **MDL NO. 1699**
    MARKETING SALES PRACTICES AND          **District Judge:  Charles R. Breyer**
13  PRODUCT LIABILITY LITIGATION

14

15  Shawn Esfahani, et al.,                 **Case No.: 07-1354 CRB**
                        Plaintiffs,
16              v.                          **STIPULATION AND ORDER OF**
    Pfizer Inc, et al.,                     **DISMISSAL WITH PREJUDICE**
17                      Defendants.

18
       Come now Plaintiff, Shawn Esfahani, and Defendants in the above-entitled action, by and
19
    through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and
20
    hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff Shawn Esfahani
21
    only, each side bearing its own attorneys' fees and costs.
22

23      DATED: **MAY 12** 2010        By:

24                                  **SHAWN ESFAHANI**
                                    9570 Timbercreek Boulevard
25                                  Spanish Fort, Alabama 36527

26                                       *Plaintiff, Pro Se*

27

28

                    **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1
2        DATED: June 21, 2010        By: _____

3                                         Michelle W. Sadowsky
4                                         **DLA PIPER LLP (US)**
                                          1251 Avenue of the Americas
5                                         New York, New York 10020
                                          Telephone: 212-335-4500
6                                         Facsimile: 212-335-4501

7                                         *Defendants' Liaison Counsel*

8
9
10       **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
11       IT IS SO ORDERED.**

12
13       Dated: July 26, 2010        _____
                                     Hon. Charles R. Breyer
14                                   United States District Court

15
16
17
18
19
20
21
22
23
24
25
26
27
28

                        **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**